IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02027-CMA-MJW

LOUIS RANDALL STROTHERS,

Plaintiff(s),

v.

P. F. CHANG'S CHINA BISTRO, INC.,
d/b/a P. F. CHANG'S CHINA BISTRO, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Amended Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Amended Protective Order (docket no. 20-2) is APPROVED as amended in paragraph 7 and made an Order of Court.

Date:  January 12, 2010