IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02027-CMA-MJW

LOUIS RANDALL STROTHERS,

Plaintiff(s),

v.

P. F. CHANG'S CHINA BISTRO, INC.,
d/b/a P. F. CHANG'S CHINA BISTRO, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Modify Order Setting Settlement Conference (docket no. 27) is GRANTED finding good cause shown. The Settlement Conference set on March 9, 2010, at 10:00 a.m. is VACATED and reset to **May 20, 2010 at 10:00 a.m.**.  The parties shall file their updated confidential settlement statements with Magistrate Judge Watanabe on or before **May 14, 2010**.  The parties and counsel shall be present for the Settlement Conference.

Date:   February 08, 2010