IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02027-CMA-MJW

LOUIS RANDALL STROTHERS,

Plaintiff(s),

v.

P. F. CHANG'S CHINA BISTRO, INC.,
d/b/a P. F. CHANG'S CHINA BISTRO, a Delaware corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Vacate Settlement Conference, DN 38, filed with the Court on May 10, 2010, is GRANTED.  The Settlement Conference set on May 18, 2010, at 2:30 p.m., is VACATED.   The parties will participate in outside mediation on June 17, 2010, at 9:00 a.m., with Kathryn Miller from Littleton Alternative Dispute Resolution.

     It is FURTHER ORDERED that the parties shall file a joint written status report advising the outcome of their mediation session, on or before June 23, 2010.

Date:  May 12, 2010