**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02027-CMA-MJW

LOUIS RANDALL STROTHERS,

    Plaintiff,

v.

P.F. CHANG'S CHINA BISTRO, INC.,
d/b/a P.F. CHANG'S CHINA BISTRO, a Delaware corporation,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(I)(ii) and the Stipulation For Dismissal With Prejudice (Doc. # 43) signed by the attorneys for the parties hereto, it is

ORDERED that the above-captioned action and all claims asserted therein are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs.

    DATED: July  26 , 2010

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Court Judge